

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/19/2016 03:30 PM

COURTROOM 300 North Hogan Street

HONORABLE PAUL GLENN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:16-bk-03668-PMG | 7 | 09/30/2016 |

Chapter 7

**DEBTOR:**   Lakeycha Heard

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Gregory Crews

**HEARING:**

TRIAL

    1-Motion for Relief from Stay   filed by   Colonnade Trust Doc #8
    2-Motion for Relief from Stay filed by Santander Consumer USA, Inc.   Doc #9

**APPEARANCES:**:

TRIAL

1-Motion for Relief from Stay   filed by   Colonnade Trust Doc #8

  **RULING:** GRANTED. O/WALKER

2-Motion for Relief from Stay filed by Santander Consumer USA, Inc.   Doc #9

  RULING: GRANTED. O/KHAWAJA

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.